# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| MARTY HEBERT | CIVIL ACTION NO. 6:17-1620 |
| VS. | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of mandamus be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**MONROE, LOUISIANA, on this 5th day of April, 2018.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE